FILED
December 08, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002269988

# RELIEF FROM STAY INFORMATION SHEET
\* \* SEE IMPORTANT INSTRUCTIONS ON FORM EDC 3-468-INST \* \*
*PLEASE COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*

**DEBTOR:** Phillip Marschon Haley     **CASE NO.** 09-43167

**MOVANT:** Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Trust 2006-WL2     **DC NO.** PD-1

**HEARING DATE/TIME:** January 4, 2010 at 9:00 a.m.

**RELIEF IS SOUGHT AS TO** (✓) REAL PROPERTY   ( ) PERSONAL PROPERTY   ( ) STATE COURT LITIGATION

1. Address OR description of property or state court action  780 Indiana St, Gridley, CA 95948

2. Movant's trust deed is a (✓) 1st ( ) 2nd ( ) 3rd ( ) Other: _____
   OR
   Leased property is (✓) Residential ( ) Non-residential  Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? _____   Movant's valuation of property   $ 248,000.00

4. The following amounts are presently owing to movant for:

| PRINCIPAL | INTEREST | COSTS | TOTAL |
|---|---|---|---|
| $ 496,289.39 | $ 15,773.11 | $ <867.43> | $ 511,195.07 |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.
   8% Cost of Sale                                               $ 19,840.00
   _____               $ _____
   _____               $ _____

   TOTAL ALL LIENS    $ 531,035.07
   DEBTOR'S EQUITY    $ <283,035.07>

**FOR COURT USE ONLY**
Note date: _____
Note amount: _____
Note payment: _____

**FOR COURT USE ONLY** (right side)

6. Monthly payment is $ 3,433.23 , of which $ _____ is for impound account. Monthly late charge is $ 205.99 .
7. The last payment by debtor was received on _____ and was applied to the payment due 07/01/09 .
8. Number of payments past due and amount: (a) Pre-petition  3  $ 11,816.16  (b) Post-petition  1  $ 3,433.23 .
9. Notice of Default was recorded on N/A .  Notice of sale was published on N/A .
10. If a chapter 13 case, in what class is this claim? _____
11. Grounds for seeking relief (check as applicable):
    (✓) Cause  (✓) Inadequate protection  (✓) Lack of equity  ( ) Lack of insurance  ( ) Bad faith
    (✓) Other  December and January payment will come due by the time of the hearing .
12. For each ground checked above furnish a brief supporting statement in the space below.
    - Failure to make payments.
    - Lack of equity.